IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BILLY SEMONDS**                                                                                   **PLAINTIFF**

v.                              **CASE NO. 2:24-CV-00120 BSM**

**UNUM LIFE INSURANCE
COMPANY OF AMERICA**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE